# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |

## McALLEN DIVISION

UNITED STATES OF AMERICA
V.

Juan Manuel CORDOVA-Segura

AKA:
    IAE      YOB: 1983
    Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-20-0822-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 4, 2020** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
*(Track Statutory Language of Offense)*

being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Edinburg, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326(a)(b)** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On March 4, 2020, Juan Manuel CORDOVA-Segura a citizen of Mexico was encountered by Immigration Officers at the Hidalgo County Jail in Edinburg, Texas. An Immigration Detainer was placed upon the defendant and was subsequently remanded into the custody of Immigration and Customs Enforcement on March 27, 2020. Record checks revealed the defendant was deported, exclued or removed from the United States to Mexico on January 10, 2020 via Brownsville, Texas. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. On August 13, 2018, the defendant was convicted of 8 USC 1326, being found in the United States after previous deportation and sentenced to twenty four (24) months to the custody of the United States Bureau of Prisons.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on March 27, 2020.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint approved by AUSA **A. GARCIA**

Signature of Complainant

Submitted by reliable electronic means, sworn to and attested to telephonically per Fed.R.Cr.P.4.1 and probable cause found on:

**Maurice Sanchez**      **Deportation Officer**
Printed Name and Title of Complainant

March 27, 2020 — 11:22 a.m.
Date

at **McAllen, Texas**
City and State

**Juan F. Alanis**      **U.S. Magistrate Judge**
Name and Title of Judicial Officer

Signature of Judicial Officer